IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:04-CR-00118-GCM-CH

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| JOE LOUIS HAMPTON, | |
| Defendant. | |

**THIS MATTER COMES** before this Court on the Court's own motion. Defendant Joe Louis Hampton filed a Motion for a Reduced Sentence Under the First Step Act (Doc. No. 56). The Court instructs the Government to respond to that Motion within thirty (30) days of entry of this Order.

**SO ORDERED**.

Signed: October 14, 2020

Graham C. Mullen
United States District Judge